*MHK*

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Minerva Hernandez
(Please print)

STREET ADDRESS: 8518 Ridge Stone St.

CITY/STATE/ZIP: San Antonio, TX 78251

PHONE NUMBER: 210 481-8394

CASE NUMBER: **08CV3290**
**JUDGE HART**
**MAGISTRATE JUDGE COLE**

_____ _____
Signature: Minerva Hernandez                   Date: 6/6/08

**FILED**

JUN 0 6 2008 TC
6-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT