MHW

10/10/2007

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

**IN FORMA PAUPERIS APPLICATION**
**AND**
**FINANCIAL AFFIDAVIT**

Minerva Hernandez
Plaintiff

v.

Board of Education Community Dist. #60
Karen Carlson, Fernando Shipley,
Jeff McBride, Marvin Reddick, Anita Hanna

Defendant(s)

CASE NUMBER 08CV3290 / 08C 3290

JUDGE MAGISTRATE JUDGE COLE

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Minerva Hernandez, declare that I am the ☒ plaintiff ☐ petitioner ☐ movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐Yes   ☒No   (If "No," go to Question 2)
   I.D. # _____ Name of prison or jail: _____
   Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount: _____

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   FILED
   6-6-2008
   JUN 06 2008 TC
   MICHAEL W. DOBBINS
   CLERK, U.S. DISTRICT COURT

   a. If the answer is "No":
      Date of last employment: 7/25/2006
      Monthly salary or wages: _____
      Name and address of last employer: Waukegan Public Schools Dist. #60

   b. Are you married?   ☒Yes   ☐No
      Spouse's monthly salary or wages: presently unemployed
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages                                                ☒Yes   ☐No
      Amount $800.00/month   Received by son
      $2600.00/month   husband (presently unemployed)

b. ☐ Business, ☐ profession or ☐ other self-employment     ☐Yes   ☒No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends     ☐Yes   ☒No
Amount_____ Received by_____

d. ☒ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                              ☐Yes   ☐No
Amount **$50,000.00** Received by **Rey Hernandez (spouse)**

e. ☐ Gifts or ☐ inheritances     ☐Yes   ☒No
Amount_____ Received by_____

f. ☐ Any other sources (state source:_____)   ☐Yes   ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?   ☐Yes  ☒No   Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?   ☐Yes   ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☒Yes   ☐No
Address of property: **8518 Ridge Stone St, San Antonio, TX 78251**
Type of property: **live in home**   Current value: **$140,000.00**
In whose name held: **Rey + Minerva Hdz**  Relationship to you: **self + husband**
Amount of monthly mortgage or loan payments: **$1170.00**
Name of person making payments: **Rey + Minerva Hernandez**
**2104 Ash St. Waukegan, IL 60087   $170,000.   $2200.00 monthly   House on market for 2 yrs.**

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?   ☒Yes   ☐No
Property: **1995 Chevy Blazer / 1996 GMC Suburban**
Current value: **$5,000.00 for both**
In whose name held: **Rey Hernandez**  Relationship to you: **husband**

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
1) **Lucas A. Hernandez (son)**
2) **Dolores Hernandez (daughter)**
3) **Minerva A. Hernandez (daughter)**
4) **Rey B. Hernandez (spouse) + self**

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 6/6/08

_____
(Signature of Applicant)

Minerva Hernandez
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of

$_____ on account to his/her credit at (name of institution) _____.

I further certify that the applicant has the following securities to his/her credit: _____. I further

certify that during the past six months the applicant's average monthly deposit was $_____.

(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_____        _____
            DATE                          SIGNATURE OF AUTHORIZED OFFICER

                                      _____
                                                (Print name)

rev. 10/10/2007

-3-

3d

My husband was unemployed for a full year due to uncontrolable Diabetis. We used the 401K to live and pay our mortgages.

#6

2104 Ash St. Wkgn. IL

This property has not sold in 2 years we still continue to pay the mortgage + upkeep It's vacant.

Case 1:08-cv-03290  Document 4  Filed 06/06/2008  Page 4 of 4