HHK

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) )
Minerva Hernandez )
 ) 08CV3290
V. ) JUDGE HART
Defendant(s) ) MAGISTRATE JUDGE COLE
Board of Education Community School Dist. #60
Karen Carlson, Fernando Shipley, Jeff Mc Bride,
Marylin Reddick,
Anita Hanna

**MOTION FOR APPOINTMENT OF COUNSEL**

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, __Minerva Hernandez__, declare that I am the (check appropriate box)

   [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]:

   I retained Favaro + Gorman. They withdrew
   I tried to retain Ross Peters he couldn't take my case.
   I tried to retain Arthur Ehrich and could not afford the retainer fee.
   I called many others as well.

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

FILED
6-6-2008
JUN 06 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

5. I declare under penalty that the foregoing is true and correct.

   /s/ Minerva Hernandez              8518 Ridge Stone St.
   Movant's Signature                 Street Address

   6/6/08                             San Antonio, TX 78251
   Date                               City, State, ZIP