# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3290 | **DATE** | 6/19/2008 |
| **CASE TITLE** | Minerva Hernandez vs. Board of Education Community School District No. 60, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to proceed in forma pauperis [4] is granted. Plaintiff's motion for appointment of counsel [5] is granted. Court appoints Ira J. Belcove of Butler Rubin Saltarelli & Boyd, 70 West Madison Street, Chicago, IL 60602, Phone No. (312) 696 4462, to represent plaintiff Minerva Hernandez. Plaintiff's counsel is given to 7/31/2008 to file a second amended complaint. Status hearing is set for 9/10/2008 at 11:00 a.m.

Noticess mailed by judicial staff.

| | Courtroom Deputy Initials: | CW |
|---|---|---|