# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number: 08C3290
MINERVA HERNANDEZ
v.
BOARD OF EDUCATION COMMUNITY SCHOOL
DISTRICT NO. 60, et. al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Minerva Hernandez

| NAME (Type or print) |  |
|---|---|
| Andrew D. Shapiro |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Andrew D. Shapiro |  |
| FIRM |  |
| Butler Rubin Saltarelli & Boyd, LLP |  |
| STREET ADDRESS |  |
| 70 West Madison, Suite 1800 |  |
| CITY/STATE/ZIP |  |
| Chicago, Illinois 60602 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6273040 | 312-444-9660 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |  |