UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MINERVA HERNANDEZ, <br><br> Plaintiff, <br><br> v. <br><br> BOARD OF EDUCATION COMMUNITY SCHOOL DISTRICT NO. 60, KAREN CARLSON, FERNANDO SHIPLEY, JEFF McBRIDE, MARVIN REDDICK, and ANITA HANNA <br><br> Defendants. | Case No. 08 C 3290 <br><br> Judge William T. Hart <br><br> Magistrate Judge Jeffrey Cole |

### EX PARTE MOTION OF PLAINTIFF MINERVA HERNANDEZ FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT

Plaintiff Minerva Hernandez, by her attorneys Butler Rubin Saltarelli & Boyd LLP, moves to extend the time to file her Second Amended Complaint, and in support of her motion states as follows:

1. On June 6, 2008, Hernandez filed her complaint, pro se appearance, motion for leave to proceed in forma pauperis, and motion for appointment of counsel.

2. On June 10, 2008, Hernandez filed her First Amended Complaint.

3. On June 19, 2008, the Court granted Hernandez's motion to proceed in forma pauperis and her motion for appointment of counsel. In addition, the Court appointed Ira J. Belcove of Butler Rubin Saltarelli & Boyd LLP to represent Hernandez. The Court gave Hernandez's appointed attorney until July 31, 2008 to file a second amended complaint.

4. Belcove was out of the office and out of the country from June 18, 2008 through July 7, 2008.

5. Since returning to the office, Belcove has been in contact with Hernandez on several occasions. Belcove has discussed Hernandez's case with her and is currently in the

process of reviewing documents provided by Hernandez and researching the causes of action that should be included in the Second Amended Complaint.

6. Due to the complexity of the case and the short amount of time he has had to review relevant documents and research possible causes of action, Hernandez's counsel does not believe he will be able to adequately draft and file the Second Amended Complaint by July 31, 2008. Belcove has discussed the need for additional time with Hernandez, and she has not registered an objection.

7. Therefore, Hernandez respectfully asks the Court to extend the deadline for filing the Second Amended Complaint to September 2, 2008.

8. This Motion is not made for the purpose of delay and will not prejudice the parties. In fact, the First Amended Complaint has not yet been served upon the defendants. Instead, this motion is necessary to allow Hernandez's counsel adequate time to draft and file the Second Amended Complaint.

WHEREFORE, Plaintiff Minerva Hernandez respectfully requests that this Court grant her motion and extend the time within which she may file her Second Amended Complaint to, and including, September 2, 2008.

Dated: July 28, 2008

Respectfully Submitted,

 s/ Andrew D. Shapiro
One of the Attorneys for Plaintiff Minerva Hernandez

Ira J. Belcove
Andrew D. Shapiro
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street, Suite 1800
Chicago, IL 60602-4257
312-444-9660