## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| MINERVA HERNANDEZ, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.  08 C 3290 |
| BOARD OF EDUCATION COMMUNITY | ) | |
| SCHOOL DISTRICT NO. 60, KAREN | ) | Judge William T. Hart |
| CARLSON, FERNANDO SHIPLEY, JEFF | ) | |
| McBRIDE, MARVIN REDDICK, and ANITA | ) | Magistrate Judge Jeffrey Cole |
| HANNA | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Wednesday, July 30, 2008 at 11:00 a.m.** the

undersigned shall appear before the Honorable Judge William T. Hart, or any judge sitting in his

stead in the courtroom usually occupied by him located at courtroom 2243 in the Dirksen Federal

Building, and then and there present the attached *Ex Parte Motion For Extension of Time to File*

*Second Amended Complaint.*

Dated: July 28, 2008                                   Respectfully Submitted,


                                                      s/ Andrew D. Shapiro
                                                      _____
                                                      One of the Attorneys for Plaintiff Minerva
                                                      Hernandez

Ira J. Belcove
Andrew D. Shapiro
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street
Suite 1800
Chicago, IL 60602-4257
312-444-9660